1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8  KEBEDE ABAWAJI,

9                              Petitioner,               CASE NO. C18-552 TSZ-BAT

10          v.                                           **REPORT AND
                                                         RECOMMENDATION**

11  TIGIST BELT, et al.

12                            Respondents.

13      The Court recommends this case be closed because the 28 U.S.C § 2254 habeas corpus

14  petition filed in this case is duplicative of the habeas corpus petition Kebede Abawaji, petitioner,

15  filed in C18-193-RAJ-MAT.

16      Petitioner's first habeas action, C18-193-RAJ-MAT, was initiated on February 5, 2018,

17  when petitioner filed a habeas corpus petition under 28 U.S.C § 2241. After *in forma pauperis*

18  status was granted, petitioner was given leave to file an amended petition under 28 U.S.C § 2254,

19  the proper vehicle to challenge his state convictions and sentence. C18-193-RAJ, Dkt. 10. On

20  March 29, 2018, Petitioner filed an amended petition under 28 U.S.C § 2254, challenging his

21  King County convictions in case number 15-1-02200-4 SEA, for Second Degree Murder and

22  First Degree Felony Harassment. Dkt. 11.

23      The present case is petitioner's second habeas action. It was initiated on April 16, 2018,

1   when petitioner filed a 28 U.S.C § 2254 habeas corpus petition and paid the filing fee. C18-

2   522TSZ, Dkt. 1. This petition is an exact copy of the petition filed on March 29, 2018, in C18-

3   193-RAJ. *Compare* Dkt 11 (C18-193) and Dkt. 1 (C18-552).

4          Because the petition filed in this case is duplicative of a habeas petition filed earlier and

5   which is currently pending before the Honorable Richard A. Jones, the Court recommends this

6   case be closed and the matter be terminated.

7          If petitioner objects to this recommendation, he must file his objections by **May 2, 2018.**

8   Objections are limited to five pages. The Clerk should note the matter for **May 4, 2018,** as ready

9   for the District Judge's consideration.  The failure to timely object may affect the right to appeal.

10         The Clerk shall also provide a copy of this report and recommendation to petitioner.

11         DATED this 18th day of February, 2018.

12

13                                                        _____
                                                           BRIAN A. TSUCHIDA
14                                                        United States Magistrate Judge

15

16

17

18

19

20

21

22

23

REPORT AND RECOMMENDATION - 2