UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KEBEDE ABAWAJI,

                  Petitioner,

    v.

TIGIST BELT, et al.,

                  Respondents.

Case No. C18-552-TSZ

**ORDER OF CLOSING CASE**

The Court, having reviewed the record, and the Report and Recommendation of United States Magistrate Judge Brian A. Tsuchida, does hereby **ORDER**:

(1) The Court adopts the Report and Recommendation;

(2) The Clerk is directed to CLOSE the case and terminate the matter;

(3) The Clerk of Court is directed to send copies of this Order to plaintiff.

DATED this 25th day of May, 2018.

_____
Thomas S. Zilly
United States District Judge

ORDER OF CLOSING CASE - 1